| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency: <br> U.S. District Court Clerk <br> 600 W. Capitol Avenue <br> Room A-149 <br> Little Rock, AR 72201 <br><br> 4:24-cv-00278-BSM-PSH | | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) <br> Robert Lee Payne III # 32548-009 <br> Federal Correction Institution - Gilmer <br> P.O. Box 6000 <br> Glenville, West Virginia 26351-6000 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☑ CIVILIAN | 4. DATE OF BIRTH 2-8-81 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 7-22-2022 | 7. TIME (A.M. OR P.M) approx 11:00 a.m. |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

On 7-22-22 at about 11 o'clock a.m. at the Pulaski County Regional Detention Facility, I (Robert Payne) was in a altercation with another inmate, and the other inmate bit my finger off. When the medical staff at the jail responded to the incident, Nurse Tammy Langley (LPN)(Turnkey Health) solicited a carton of milk from another inmate and put my detached finger inside the carton of milk. I was then transported, along with my detached finger still in the carton of milk, by (MEMS) ambulance to the UAMS (University of Arkansas Medical Science) Hospital. Once at the hospital the orthepedic surgeon informed me that my finger could not be re-attached because it was in milk. The milk damaged my detached finger, so I want to sue Nurse Tammy Langley and Turnkey Health for medical neglect.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

Robert Lee Payne III. FCI Gilmer, P.O. Box 6000, Glenville, West Virginia 26351-6000

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

Left Pinky Finger was damaged by the milk so it could not be re-attached by the orthepedic surgeon. The detached finger was left at UAMS (University of Arkansas Medical Science) Hospital

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

The claimants left pinky finger was permanently damaged when Tammy Langley solicited milk from an inmate and used the milk to improperly preserve the claimants pinky finger. The orthepedic surgeon informed claimant that the milk had damaged the detached finger so it could not be re-attached

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| (LPN) Tammy Langley (Turnkey Health) | 3201 W. Roosevelt Rd., Little Rock, AR 72204 |
| Orthepedic Surgeon Jason Eckels (UAMS) M.D. | UAMS (University of Arkansas Medical Science) Hospital (Little Rock, AR |
| Lauren Messersmith, PA-C Turnkey Health | 3201 W. Roosevelt Rd, Little Rock, AR 72204 |
| Christina Whitney (LPN)(Turnkey Health) | 3201 W. Roosevelt Rd, Little Rock, AR 72204 |

12. (See instructions on reverse)  AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $6,000,000.00 | $5,000,000.00 | None | $11,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) <br> Robert Lee Payne III | 13b. Phone number of signatory <br> None | 14. DATE OF CLAIM <br> 3-18-24 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM <br> The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS <br> Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |

95-108  NSN 7540-00-634-4046  STANDARD FORM 95 (Rev. 7-85) PRESCRIBED BY DEPT. OF JUSTICE
Previous editions not usable  28 CFR 14.2

This case assigned to District Judge Miller
and to Magistrate Judge Harris

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 26 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

**INSTRUCTIONS**

Complete all items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT, THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch  
Civil Division  
U.S. Department of Justice  
Washington, DC 20530

and to the  
Office of Management and Budget  
Paperwork Reduction Project (1105-0008)  
Washington, DC 20503

**INSURANCE COVERAGE**

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ÿ Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number. ÿ No

None

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

None

17. If deductible, state amount

None

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

None

19. Do you carry public liability and property damage insurance? ÿ Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*) ÿ No

None

SF 95 (Rev. 7-85) BACK

* U.S. GOVERNMENT PRINTING OFFICE: 1989–241-175

TO: U.S. DISTRICT COURT CLERK
From: Robert Lee Payne III #32548-009
FCI-GILMER
P.O. BOX 6000
Glenville, West Virginia 26351-6000

I am writing you to request the BIVENS CLAIM paperwork and all of the nessosary paperwork I need to file a medical tort claim. I am wanting to pursue and file a medical negligence lawsuit against (LPN) TAMMY LANGLEY and Turn Key Health located at the Pulaski County Regional Detention Facility in Little Rock, AR. I thank you in advance for any and all the help you can provide me with and I can be reached at the address above.

Sincerly
Robert Lee Payne, III

P.S. If the enclosed FORM 95 is enough to begin the medical tort claim process then I ask that you please help me begin my medical negligence claim

Robert Lee Payne III #32548-009
Federal Correctional Institution - Gilmer
P.O. Box 6000
Glenville, WV 26351-6000

CHARLESTON WV 250
20 MAR 2024 PM 2 L



U.S. District Court (Clerks office)
600 W. Capitol Avenue (Suite A-149)
Little Rock, AR 72201

72201-339919