# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ROBERT LEE PAYNE, III**                                             **PLAINTIFF**
Reg. # 32548-009

v.                    **CASE NO. 4:24-CV-00278-BSM**

**TAMMY LANGLEY,** *et al.*                                          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 5] is adopted. Robert Lee Payne's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. It is recommended that this dismissal count as a "strike" within the meaning of 28 U.S.C. § 1915(g), and an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 29th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE