IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT LEE PAYNE, III**                                                        **PLAINTIFF**
Reg. # 32548-009

v.                           **CASE NO. 4:24-CV-00278-BSM**

**TAMMY LANGLEY,** *et al.*                                            **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE